UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2014 JAN 23 PM 4: 33

UNITED STATES OF AMERICA

v.

JOHN DEWEY TODD

| | |
|---|---|
| CASE NO. | 3:14-cr-11-J-39JRK |
| Cts. 1-2: | 18 U.S.C. § 2251(a) |
| Cts. 3-4: | 18 U.S.C. § 2252(a)(4)(B) |
| Cts. 5-6: | 18 U.S.C. § 2252(a)(2) |
| Forfeitures: | 18 U.S.C. § 2253 |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about January 5, 2008, at Fernandina Beach, in Nassau County, in the Middle District of Florida,

JOHN DEWEY TODD,

defendant herein, did knowingly employ, use, persuade, induce, entice and coerce and attempt to employ, use, persuade, induce, entice and coerce a minor to engage in any sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO

On or about January 6, 2008, at Fernandina Beach, in Nassau County, in the Middle District of Florida,

JOHN DEWEY TODD,

defendant herein, did knowingly employ, use, persuade, induce, entice and coerce and attempt to employ, use, persuade, induce, entice and coerce a minor to engage in any sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE

On or about November 15, 2013, at Fernandina Beach, in Nassau County, in the Middle District of Florida,

JOHN DEWEY TODD,

defendant herein, did knowingly possess one (1) or more matters which contained visual depictions which were produced using materials which have been shipped and transported in or affecting interstate or foreign commerce, that is a PNY 16 GB thumb drive, the production of which visual depictions involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct, and which was specifically identified in the computer file SUNP0001.avi, among others.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## COUNT FOUR

On or about November 15, 2013, at Fernandina Beach, in Nassau County, in the Middle District of Florida,

JOHN DEWEY TODD,

defendant herein, did knowingly possess one (1) or more matters which contained visual depictions which were produced using materials which have been shipped and transported in or affecting interstate or foreign commerce, that is a SanDisk 8 GB thumb drive with serial number BI100603UN, the production of which visual depictions involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct, and which was specifically identified in the computer file SUNP0001.avi, among others.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## COUNT FIVE

On or about November 3, 2013, at Fernandina Beach, Nassau County, in the Middle District of Florida, and elsewhere,

JOHN DEWEY TODD,

defendant herein, did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce, that is, by computer via the internet, the production of which involved the use of a minor engaging in sexually explicit conduct, which visual depiction was of such conduct, and which visual depiction is specifically identified in the computer file titled, 7YO Jenny – Dick-Sucking Compilation – You can tell she REALLY loves to suck grown mens' cocks, & she's REALLY GOOD at it too!! (pthc preteen).mpg.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT SIX

On or about October 29, 2013, at Fernandina Beach, Nassau County, in the Middle District of Florida, and elsewhere,

JOHN DEWEY TODD,

defendant herein, did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce, that is, by computer via the internet, the production of which involved the use of a minor engaging in sexually explicit conduct, which visual depiction was of such conduct, and which visual depiction is specifically identified in the computer file titled, Pedo 2013 Ks c14 Film 0216.avi.

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## FORFEITURES

1. The allegations contained in Counts One through Six of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 2253.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252, the defendant, JOHN DEWEY TODD, shall forfeit to the United States of America, any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, and/or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or

received in violation of Chapter 110, United States Code; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
Acting United States Attorney

By: _____
KELLY S. KARASE
Assistant United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No.

## UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JOHN DEWEY TODD

**INDICTMENT**

Violations:

| CtS. 1 - 2: | 18 U.S.C. § 2251(a) |
| CtS. 2 - 4: | 18 U.S.C. § 2252(a)(4)(B) |
| CtS. 4 - 6: | 18 U.S.C. § 2252(a)(2) |

A true bill,

_____
Foreperson

Filed in open court this 23rd day

of January, 2014.

_____Megan W. Chaddock_____
Deputy Clerk

Bail $_____

GPO 863 525