```
   JESJB  606.00 *     MALE CUSTODY CLASSIFICATION FORM      *      11-03-2020
PAGE 001 OF 001                                                     09:29:59
                            (A) IDENTIFYING DATA
REG NO..: 60135-018              FORM DATE: 08-17-2020          ORG: JES
NAME....: TODD, JOHN DEWEY

                                         MGTV: NONE
PUB SFTY: SEX OFFN,SENT LGTH             MVED:
                            (B) BASE SCORING
DETAINER: (0) NONE               SEVERITY.......: (5) HIGH
MOS REL.: 121                    CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.: (0) NONE               VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A                AGE CATEGORY...: (0) 55 AND OVER
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                            (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%     PROG PARTICIPAT: (1) AVERAGE
LIVING SKILLS...: (2) GOOD       TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE       FAMILY/COMMUN..: (4) GOOD


                     --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
+5  +19    -3        +2        LOW        N/A              IN      DECREASE


G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

## MALE PATTERN RISK SCORING

| Register Number: | 60135-018 | Date: | 10/30/2020 | | |
|---|---|---|---|---|---|
| Inmate Name: | TODD, JOHN DEWEY | | | | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
|---|---|---|---|---|---|
| **1. Current Age** | > 60 | 0 | | 0 | |
| > 60 | 51-60 | 7 | | 4 | |
| Click on gray dropdown box to select, then click on | 41-50 | 14 | 0 | 8 | 0 |
| dropdown arrow | 30-40 | 21 | | 12 | |
| | 26-29 | 28 | | 16 | |
| | < 26 | 35 | | 20 | |
| **2. Walsh w/Conviction** | No | 0 | 1 | 0 | 0 |
| Yes | Yes | 1 | | 0 | |
| **3. Violent Offense (PATTERN)** | No | 0 | 0 | 0 | 0 |
| No | Yes | 5 | | 5 | |
| **4. Criminal History Points** | 0 - 1 Points | 0 | | 0 | |
| 0 - 1 Points | 2 - 3 Points | 8 | | 4 | |
| | 4 - 6 Points | 16 | 0 | 8 | 0 |
| | 7 - 9 Points | 24 | | 12 | |
| | 10 - 12 Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| **5. History of Escapes** | None | 0 | | 0 | |
| None | > 10 Years Minor | 2 | 0 | 1 | 0 |
| | 5 - 10 Years Minor | 4 | | 2 | |
| | < 5 Years Minor/Any Serious | 6 | | 3 | |
| **6. History of Violence** | None | 0 | | 0 | |
| None | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | 0 | 3 | 0 |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| **7. Education Score** | Not Enrolled | 0 | | 0 | |
| HS Degree / GED | Enrolled in GED | -2 | -4 | -1 | -2 |
| | HS Degree / GED | -4 | | -2 | |
| **8. Drug Program Status** | No DAP Completed | 0 | | 0 | |
| No Need | NRDAP Complete | -3 | -9 | -1 | -3 |
| | RDAP Complete | -6 | | -2 | |
| | No Need | -9 | | -3 | |
| **9. All Incident Reports (120 months)** | 0 | 0 | | 0 | |
| 0 | 1 | 1 | 0 | 1 | 0 |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| **10. Serious Incident Reports (120 months)** | 0 | 0 | | 0 | |
| 0 | 1 | 2 | 0 | 2 | 0 |
| | 2 | 4 | | 4 | |
| | > 2 | 6 | | 6 | |
| **11. Time Since Last Incident Report** | 12+ months or no incidents | 0 | | 0 | |
| 12+ months or no incidents | 7-12 months | 2 | 0 | 1 | 0 |
| | 3-6 months | 4 | | 2 | |
| | <3 | 6 | | 3 | |
| **12. Time Since Last Serious Incident Report** | 12+ months or no incidents | 0 | | 0 | |
| 12+ months or no incidents | 7-12 months | 1 | 0 | 2 | 0 |
| | 3-6 months | 2 | | 4 | |
| | <3 | 3 | | 6 | |
| **13. FRP Refuse** | NO | 0 | 0 | 0 | 0 |
| NO | YES | 1 | | 1 | |
| **14. Programs Completed** | 0 | 0 | | 0 | |
| 2 - 3 | 1 | -2 | | -1 | |
| | 2 - 3 | -4 | -4 | -2 | -2 |
| | 4 - 10 | -6 | | -3 | |
| | > 10 | -8 | | -4 | |
| **15. Work Programs** | 0 Programs | 0 | | 0 | |
| 1 Program | 1 Program | -1 | -1 | -1 | -1 |
| | >1 Program | -2 | | -2 | |
| **Total Score (Sum of Columns)** | | General: | -17 | Violent: | -8 |
| **General/Violent Risk Levels** | | General: | Minimum | Violent: | Minimum |
| **OVERALL MALE PATTERN RISK LEVEL** | | | **Minimum** | | |

Warden Geeter,

My name is Robby Todd. I am the younger brother of John D. Todd #60135018. He is currently an inmate at Jesup Low.

Johnny has put in a request for Compassionate Release. His goal is to live with our father, Harold I Todd Sr whom resides at 139 W. Peters Road in Fernandina Beach Fla. 32034.

Our father is 87 years old and needs constant care. John would take care of all the household chores such as cooking, cleaning, laundry as well as mowing and lawn care. John could help monitor dads blood sugar checks and help administer his insulin.

Another goal would be to get our mother back home. Last year mom tried to commit suicide and been placed under the Baker Act. She is currently residing at the Jane Adams House in Fernandina Beach.

Mom wants to come home and our father would love for her to come back home. With Johnny there to help watch her, she may be able to return.

John has a Public Safety Factor. A physco-sexual evaluation was performed by Dr. Harry Krop in November, 2013. He was deemed to be no threat to the general population. His wife Lynn ran a day care in their home for 37 years. He had kids climbing all over him the whole time. He and his wife Lynn also kept their 4 grandkids at their home. As the kids are now in their late 40's and 50's. To my knowledge none has mentioned anything about inappropriate behavior. I would leave my Grandkids with John and know they are safe.

Please consider John's request for Compassionate Release. He would be taking a huge burden of the rest of our family and would be the best thing for our parents.

Thank you for your consideration.

Sincerely,

Robby Todd

## INMATE REQUEST TO STAFF RESPONSE

**INMATE:  TODD, John Dewey**
**REG. NO.: 60135-018**

This is in response to your Inmate Request to Staff dated July 6, 2020,  wherein you request Compassionate Release under the First Step Act 18 USC 3582 (c)(1)(A)(i).

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons.  BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner.  Your request has been evaluated consistent with this general guidance.

You do not meet the criteria for Compassionate Release/Reduction in Sentence based on sections 571.61(3)(a), Terminal Medical Condition, and 571.61(3)(b), Debilitated Medical Condition. You are currently classified as a medical care level 2 with a Lower Bunk medical restriction.   You are a 66 year old with a BMI of 31.6, and you attend the Chronic Care Clinic for Hypertension and type 2 Diabetes.  You do not meet the criteria for a Reduction in Sentence for a terminal or debilitated medical condition.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates.  We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus.  However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence.

Based on the aforementioned, your request for relief is denied.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.


_____
Linda Geter, Warden

10 13 20
Date

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Mr Courson* | DATE: *10-09-20* |
|---|---|
| FROM: *John Todd* | REGISTER NO.: *60135018* |
| WORK ASSIGNMENT: *A-3 Ord.* | UNIT: *A-3* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.   Continue on back, if necessary.   Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

*Mr Courson, I need to know the results of my compassionate request exception review.*

_____

_____

_____

_____

_____

_____

_____

_____

(Do not write below this line)

DISPOSITION:

*Your exception REFERRAL FOR Community Programs was denied on August 25, 2020 by the Covid 19 Comittee Review.*

| Signature Staff Member | Date |
|---|---|
| *[signature]* | *10-9-20* |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

ATTACHMENT A                                                          JES 1330.16

**INFORMAL RESOLUTION**

INFORMAL RESOLUTION INSTRUCTIONS: Administrative Remedy Program requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form will be used to document your efforts toward informally resolving your grievance. An inmate with a valid complaint must complete the first three sub-sections (A,B,C) below and submit this to his assigned Counselor. Only ONE (1) request per form.

Inmate Name: _John D. Todd_ Reg No: _60135 018_ Unit:_BA _A-03_

Date form issued to inmate: _10-15-20_ Date form received from inmate:_____

Section I: Inmate Complaint/Action

A. INMATE'S COMPLAINT: _Denial of compassionate_
_release_

B. RELIEF REQUESTED: _Compassionate release to be_
_granted_

C. EFFORTS MADE TO RESOLVE THE COMPLAINT (include contacts with staff, written copouts, etc.) (can continue on back) _written cop out submitted to_
_Warden. Contact with case manager and_
_counselor._

Section II: Staff Action(s):          Informally Resolved (  )          Unable To Resolve (  )

STAFF COMMENTS (efforts to resolve informally):_____

COUNSELOR'S SIGNATURE & DATE:_R. McGowan_____

UNIT MANAGER'S SIGNATURE & DATE:_____

BP-9 Issued to inmate on:_____     BP-9 Returned to staff on:_____

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Todd    John    D.__    __60135018__    __A  O3__    __Jesup  /ow__
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST**

Compassionate   release

__10/15/20__              __John D. Todd__
    DATE                            SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____       _____
    DATE                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                CASE NUMBER: _____

                                        CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____       _____
    DATE                       RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Mr. Geter    Warden | DATE: 07-06-20 |
|---|---|
| FROM: John Todd | REGISTER NO.: 60135-018 |
| WORK ASSIGNMENT: Comp, PM. | UNIT: A-03 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.   Continue
on back, if necessary.   Your failure to be specific may result in no action being taken.
If necessary, you will be interviewed in order to successfully respond to your request.)

I would like to request compassionate release under the first
step act 18 USC 3582 (c)(1)(A)(i) not to be confused with
the cares act. I am 66 yrs old and I suffer from diabetes,
high blood pressure, Hypothyroidism, Osteoarthritis of the
hips, and I am obese weighing 252 Lbs. I have an elderly
father who lives alone and needs constant care. If I were
to be released, I would live with him and take care of all
his needs. He resides at 139 W. peters rd Amelia Island
FL, 32034.       Thank you.
                                          John Todd

(Do not write below this line)

DISPOSITION:


| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94